```
    UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 05 B 12608
   HENRY L CARTER
                                                CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

         Debtor
   SSN XXX-XX-1957


------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.   The case was filed on 04/05/05 and confirmed on 05/27/05.

    2.   The plan is paid in full.

    3.   The Debtor paid a total of $  70400.00 .

    4.   The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT   INTEREST     PRINCIPAL
                                                            PAID         PAID
------------------------------------------------------------------------
CITIMORTGAGE               CURRENT MORTG     47733.05        .00       47733.05
CITIMORTGAGE               MORTGAGE ARRE      2606.99        .00        2606.99
AMERICAN GENERAL FINANCE   SECURED            3750.00      500.76       3750.00
CITIFINANCIAL              SECURED            1750.00      233.71       1750.00
CITICARDS PRIVATE LABEL    SECURED             500.00       49.00         500.00
AMERICAN GENERAL FINANCE   UNSECURED          2323.26        .00         645.06
CAPITAL ONE FINANCIAL      UNSECURED        NOT FILED        .00            .00
SMC                        UNSECURED          1365.78        .00         379.21
RESURGENT CAPITAL SERVIC   UNSECURED          2511.95        .00         697.45
COMED                      UNSECURED        NOT FILED        .00            .00
DOMINION RETAIL            UNSECURED        NOT FILED        .00            .00
FINGERHUT CREDIT ADVANTA   FILED LATE             .00        .00            .00
HOME DEPOT CREDIT SERVIC   UNSECURED        NOT FILED        .00            .00
ECAST SETTLEMENT CORPORA   UNSECURED           853.80        .00         237.06
ECAST SETTLEMENT CORPORA   UNSECURED           426.98        .00         118.55
NICOR GAS                  UNSECURED        NOT FILED        .00            .00
PAYDAY LOAN                UNSECURED        NOT FILED        .00            .00
WELLS FARGO FINANCIAL IN   UNSECURED          1570.11        .00         435.94
WELLS FARGO FINANCIAL IN   UNSECURED          2031.16        .00         563.95
CITIFINANCIAL              UNSECURED         10039.04        .00        2787.36
------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT   INTEREST     PRINCIPAL
                                                            PAID         PAID
------------------------------------------------------------------------
AMERICAN GENERAL FINANCE UNSECURED           2223.43         .00         617.34
         Summary of disbursements:
------------------------------------------------------------------------
                    SECURED     PRIORITY     UNSECURED      OTHER         TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED  56340.04         .00     23345.51         .00      79685.55
PRINCIPAL PAID      56340.04         .00      6481.92         .00      62821.96
```

```
INTEREST PAID              783.47         .00          .00          .00       783.47
TOTAL PAID               57123.51         .00      6481.92          .00     63605.43
```

The Debtor's attorney, PETER FRANCIS GERACI         , was allowed $   2200.00 and was paid $    2200.00 .

The Trustee received $    2994.57 .

Refunds to the Debtor totaled $    1600.00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 02/09/09                     /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE